**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| DASHON JETER, | ) Case No.: 5:20-cv-00380-SP |
| Plaintiff, | ) |
| | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| ANDREW SAUL, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 |
| | ) U.S.C. § 1920 |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 28, 2021

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-

1       Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3      /s/ *Matthew F. Holmberg*
    _____
4  Matthew F. Holmberg
  Attorney for plaintiff Dashon Jeter

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26